UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-02399-ODW(SKx) | Date | June 27, 2022 |
|---|---|---|---|
| Title | The People Of The State Of California et al v. Monsanto, Co. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Court smart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J Bostrom-zoom<br>Matthew F. Pawa- zoom | D. Brent Dwerlkotte- zoom |

**Proceedings:**      MOTION to Remand Case[28]

Case called, appearances made by video. The Court and counsel confer as stated on the record.

The Court having carefully considered the papers and having heard the oral argument of counsel, the Court takes the matter under submission for further review. A written order will issue.

|  | : | 16 |
|---|---|---|
| Initials of Preparer | | se |